UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                  :

MIGUEL ANGEL NABOR REYES,              :

                              Plaintiff,                         :

                                                     :          25 Civ. 1863 (JPC)

        -v-                                          :

                                                     :          <u>ORDER</u>

MOTOWN DELI GROCERY CORP., *et al.*,    :

                             Defendants.                   :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On April 14, 2025, Plaintiff served Defendants with copies of the Summons and Complaint. Dkts. 9-11. Defendants' deadline to respond to the Complaint was therefore May 5, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until May 12, 2025. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by May 19, 2025.

       Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendants were served with the Summons and Complaint.

       SO ORDERED.

Dated: May 6, 2025
      New York, New York                                JOHN P. CRONAN
                                                  United States District Judge