```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MIGUEL ANGEL NABOR REYES,                                              :
                                                                       :
                        Plaintiff,                                     :
                                                                       :      25 Civ. 1863 (JPC)
        -v-                                                            :
                                                                       :      ORDER
MOTOWN DELI GROCERY CORP., *et al.*,                                   :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court's May 6, 2025 Order directed Plaintiff to seek a Certificate of Default in this matter no later than May 19, 2025 if Defendants failed to respond to the Complaint by May 12, 2025. Dkt. 12. Both deadlines have passed and the docket does not reflect any activity by the parties. The Court *sua sponte* extends Plaintiff's deadline to seek a Certificate of Default to May 27, 2025.

        SO ORDERED.

Dated: May 20, 2025
       New York, New York                               _____
                                                                JOHN P. CRONAN
                                                              United States District Judge