UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MIGUEL ANGEL NABOR REYES,                                              :
:
                   Plaintiff,                                   :
:      25 Civ. 1863 (JPC)
     -v-                                                              :
:      <u>ORDER</u>
MOTOWN DELI GROCERY CORP., *et al.*,                                   :
:
                   Defendants.                                  :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court's May 22, 2025 Order directed Plaintiff to serve a copy of the motion for default judgment and supporting paperwork on Defendants by June 13, 2025, in anticipation of the July 28, 2025 default judgment hearing in this case. Dkt. 21. The Order also required that Plaintiff serve Defendants via overnight courier with a copy of the May 22, 2025 Order by May 29, 2025 and file proof of such service on the docket no later than June 2, 2025. *Id.*

       On June 16, 2025, Plaintiff filed an affidavit of service indicating that copies of the default judgment motion and all supporting papers were sent to Defendants via First Class Mail at 1683A Bruckner Boulevard, Bronx, New York 10472. Dkt. 25. But the Complaint, original Certificates of Service, and the Plaintiff's affidavit submitted in connection with the motion all identify a different address for Defendants, *i.e.*, 1681 Bruckner Boulevard, Bronx, New York 10472. *See* Dkt. 1 ¶ 1; Dkts. 9-11; Dkt. 23-4 ¶ 4. Additionally, Plaintiff did not file proof of service of the Court's May 22, 2025 Order by the June 2, 2025 deadline, *see* Dkt. 21, nor has proof of service of that Order been filed since that deadline.

       Plaintiff is therefore ordered to file a letter no later than 5:00 p.m., on June 24, 2025, addressing whether Defendants were properly served with copies of the motion for default judgment

and the Court's May 22, 2025 Order.

    SO ORDERED.

Dated: July 24, 2025
      New York, New York

                                           JOHN P. CRONAN
                                  United States District Judge